The Honorable Thomas S. Zilly

05-CV-01329-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND NIX, | ) |
| | ) |
| Plaintiff, | ) No. 05-1329TSZ |
| | ) |
| vs. | ) |
| | ) ORDER ON DEFENDANT KING |
| SERGEANT JOE BAUER, individually and in his | ) COUNTY'S MOTION FOR |
| capacity as a OFFICER of the SEATTLE POLICE | ) SUMMARY JUDGMENT |
| DEPARTMENT, and JANE DOE BAUER, and | ) DISMISSAL OF PLAINTIFF'S |
| the marital community thereof, OFFICER ZSOLT | ) STATE LAW CLAIMS |
| DORNAY, individually and in his Official | ) |
| capacity as a OFFICER of the SEATTLE POLICE | ) (PROPOSED) |
| DEPARTMENT and JANE DOE DORNAY, and | ) |
| the Marital community thereof; OFFICER | ) Noted for Hearing: January 27, 2006 |
| GARRETT, individually and in his capacity as a | ) |
| OFFICER of the SEATTLE POLICE | ) |
| DEPARTMENT, and JANE DOE GARRETT and | ) |
| the marital community thereof. W.L. WOOLLUM | ) |
| individually and in her capacity as a OFFICER of | ) |
| the SEATTLE POLICE DEPARTMENT, and | ) |
| JOHN DOE WOOLLUM and the Marital | ) |
| community thereof; CITY OF SEATTLE, KING | ) |
| COUNTY, DOES 1-100, | ) |
| | ) |
| Defendants, | ) |

**ORDER**

This matter having come before this Court on defendant King County's motion for

summary judgment dismissal of plaintiff's state law claims against King County, *Dkt. no 26* and the Court

ORDER ON DEF. KING COUNTY'S MOTION FOR
SUMMARY JUDGMENT DISMISSAL OF PLAINTIFF'S
STATE LAW CLAIMS (05-1329Z) - 1

Norm Maleng, Prosecuting Attorney
CIVIL DIVISION
Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1  having reviewed said motion, and plaintiff's response thereto, ~~and defendant King County's reply to~~

2  ~~that response~~; and being otherwise fully advised, now therefore,

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant King County's

4  motion for summary judgment is granted and plaintiff's state law claims against King County are

5  dismissed in their entirety.

7  ~~DONE~~ Dated IN OPEN COURT this 2nd day of ~~January~~ February, 2006.

9          HONORABLE THOMAS S. ZILLY

**ORDER ON DEF. KING COUNTY'S MOTION FOR SUMMARY JUDGMENT DISMISSAL OF PLAINTIFF'S STATE LAW CLAIMS (05-1329Z) - 2**

Norm Maleng, Prosecuting Attorney
CIVIL DIVISION
Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819